Jason Rivera # 189847
Name and Prisoner/Booking Number
Solano County Jail Clay Bank
Place of Confinement
2500 Claybank Rd
Mailing Address
Fairfield CA. 94533
City, State, Zip Code

**FILED**
APR 11 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Jason Rivera #189847 )
(Full Name of Plaintiff)    Plaintiff, )
 )
v. ) CASE NO. 2:19-CV-622 CKD PC
 ) (To be supplied by the Clerk)
(1) Walburn - Deputy , )
(Full Name of Defendant) )
(2) Pikney - Deputy , )
 )
(3) Shelbreh - Deputy , ) **CIVIL RIGHTS COMPLAINT**
 ) **BY A PRISONER**
(4) Solano County Sheriff Dpt , )
        Defendant(s). ) ☒ Original Complaint
 ) ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them. ) ☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Solano County Jail Booking DP Fairfield CA

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>Excessive Force Civil Rights Federal law suit Causing Injury</u>.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was in process of Getting Booked inside the Solano County Jail on 11/9/2018 at 10:40pm I Refused medical treatment and I Got in a Disagreement with 3 CO's of the Jail. They Grabed me Agressivly and I noticed they were upset about me Refusing medical treatment. "Because I had a Bad Attitude" They forced me inside The Holding Cell, I Begged them to stop without fighting them! "They Ignored me." They placed me on my stomach, pulled my Arms Back As Far as they can Go behind my back. One officer "Choked me" As hard As he can "I Cryed and Scremed" I couldn't Breath at all. I Scremed for help "Begged" them To stop. Then they "Kicked" me as hard As he can to my left side of my head Real hard" "My head hit the "Concrete Wall" Ear Begin to "Bleed" I thought I was Gana Die"!" I felt Dizzy, I Didn't know where I was at." "I was Afraid of them." The Jail took pictures of my Arms-Ear head and face also." Jail Rejected medical sent me to outside medical. "North Bay medical Fairfield" Back to Jail, they Placed me in a Cell Half Naked for 4 hours. Just Boxers. with Black curtain on window Cold Covering! As they Joked on!

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   "Ear Busted Bleeding" Arm forced out of Socket" left arm. Dizzyness. Pain-suffering Mentally"! They Joked at me mentally. Pain-and Suffering "Big Scar inside my left Ear."!

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. The CO's were Giving me a hard time- Plus they Were mad Because I was filing A law suit. Treating me un fairly.^!

3

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __Excessive Force__
__Civil Rights FEDERAl law suit. Causeing INJury.__

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was in process of Getting Booked inside The County Jail cou on 11/9/2018 at 10:40 PM. I Refused Medical Treatment and I got in a Disagreement with 3 CO's of The Jail. They Grabed me Agressivly and I notice They were upset about me Refusing medical Because I had a Bad Attitude. They forced me inside The holding cell, I Begged Them To Stop with out fighting Them ignored me placed me on my Stomach pulled my Arms Back as far as They can Go. ON Officer Kicked me so hard my Head Hit The Brek Wall, They Chocked me As hard as They could. I thought I was gana "Die". I felt Dizzy and didn't know where I was at. They Took Picture's of my Left EAR it was Bleeding Bad. and Jail medical Rejected treatment Taken To outside Hospital North Bay medical Fairfield. They striped me To my Boxers and left me inside Cold cell for 4 hours. put up a Black sheet

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Arms in major pain, my Ear Bleeding Due To Kick from CO - pain - suffering mentally They Joked at what They Did. left Arm - forced out of socket.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __Because They Kept Dening my Request Saying I was wrong Actions. or Giving me A Hard Time Because I wanted To file lawsuit.__

## CLAIM II

1. State the constitutional or other federal civil right that was violated: Excessive Force Civil Rights Federal law suit Causeing Injury

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other:

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I WAS in Process of Getting Booked inside the Solano County Jail on 11/9/2018 at 10:40pm I Refused medical Treatment and I Got in a Disagreement with 3 co's of the Jail, They Grabed me Agressivly and I noticed they were upset about me Refusing medical Treatment. "Because I had a Bad Attiude" They forced me inside the Holding Cell, I begged them to Stop without fighting them. "They Ignored me" They Placed me on my Stomach, Pulled my Arms Back As Far as They Can Go Behind my Back. One officer "Choked me" As hard As he can I cryed and screamed "I Couldn't Breath at all" "I screamed for help" Begged Them To Stop. Then they "Kicked me" as hard As he can To my left Side of my head "Real Hard" my head hit the "Concrete wall" "Ear Begin to Bleed" "I thought I WAS Gana Die" "I felt Dizzy" I Didn't know where I was at." "I WAS Afraid of them." The Jail took Pictures of my head, face, and Ear and Arms!! Jail Rejected medical, Sent me to outside medical, North Bay medical Center Fairfield. Back to Jail, They Placed in a Cold Cell Half Naked for 4 hours Just Boxers on with Black Curton Covering Cell Window As They Joked on.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   "Ear Busted Bleeding" Arm forced out of Socket, left Arm. Dizzyness. "Pain-suffering mentally." They Joked at me mentally. Pain-sufferins. "Big Scar inside my left Ear."!

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. The co's were Giving me a hard Time - Plus They were mad Because I WAS filing A law suit Treating me unfairly!!

4.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: Excessive Force Civil Rights FeDeral law Suit Causing injury.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was in process of getting Booked inside The County Jail Solano on 11/9/2016 at 10:40 P.M. I refused medical treatment and I Got in a Disagreement with 3 COs of The Jail. They Grabed me Agressivly and I notice They were upset about me Refusing medical Because I had a Bad Attitude. They forced inside the holding Cell, I Begged Them To Stop without fighting Them. They Ignored me, They Place me on my stomach pulled my Arms Back as far as They can Go Behind my Back- one officer Choked me As hard As he can I Screamed for help Begged Them To Stop Then I was Kicked on The left Side of my head Real Hard my head hit The Concerte Wall. Ear Began To Bleed I thought I was Going To "Die" I felt Dizzy. I Diddn't know where I was. I was afraid of Them. Jail Took pictures, Jail medical Denied me and I was sent to Outside medical I was Treated and Tooken Back To Jail were CO's striped me To my Boxers only no shirt no Sox's Naked But Boxers on in a cold cell, for several 4 Hours- They Placed A Black Curton over The cell window.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Arms in major Pain. Ear has scar Bleeding from kicked Side left head, left arm forced out of socket. Pain-suffering Mentally. They Joked at me. plus Black Curton on cell window left in cell Half Naked for Several Hours.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Because They were giving me a hard Time on Denieing my Request- Saying I was wrong in actions Plus they were Giving me a hard Time- Because I wanted To file A law Suit aginst The CO's

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Excessive force Civil Rights Federal law Suit, causeing Injury.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was in process of Getting Booked inside the Solano County Jail on 11/9/2018 at 10:40pm. I refused medical Treatment and I got in a Disagreement with 3 C/O's of the Jail They Grabed me Agressivly and I noticed They were upset about me Refusing medical Treatment. Because I had a "Bad Attide" about me Refusing medical Treatment. They forced me inside a cell Holding, I Begged them to stop without fighting them. "They Ignored me" They placed me on my Stomach, pulled my Arms Back as Far as They Can go Behind my Back. One officer "Choked me" As hard As he Can "I cryed and scremed" I couldnt Breath at all. I scremed for help. Begged Them To stop. Then they "Kicked" me As he Can To my left side of my head "Real Hard" my head Hit The "Concrete Wall" Ear Begin To Bleed". I thought I was Gonna DIE" "I felt Dizzy" I Didnt Know where I was at," "I was Afraid of them. The Jail took pictures of my head, face, Ear, and Arms; Jail Rejected medical Treatment, sent me to North Bay medical center Fairfield. Back to Jail, They placed me in Cold-Cell, Half naked Boxers on for 4 hours- Black curton covering cell window, They Joked on.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   "Ear Busted Bleeding" Arm forced out of socket, left Arm. "Dizzyness", Pain-suffering mentally" They Joked on at me mentally Pain-suffering "Big scar inside my left, ear"!

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. The C/O's were Giving me a hard Time - plus They were mad Because I was filing A law-suit. Treating me unfairly !!

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Excessive force Civil Rights Federal Law suit Causing Injury.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I was in process of Getting Booked inside The County Jail Solano on 11/9/2018 at 10:40pm, I refused medical Treatment and I Got in a Disagreement with 3 CO's of the Jail. They Grabed me Agressivly and I notice They were upset about me Refusing medical Treatment. Because I had a Bad Attitude. They forced me inside The holding Cell. I Begged Them To stop without Fighting Them, They Ignored me They placed me on my stomach. pulled my Arms Back as Far as They can Go Behind my Back. One officer Choked me as hard as he can I screamed for help Begged Them To please Stop. Then they kicked me as hard as he can to my left side head Real Hard my head hit The Concrete wall. Ear Begin to Bleed I thought was Going To "Die" I felt Dizzy, I Didn't know where I was at. I was Afraid of them. The Jail Took pictures Of my Ear Head and face. Jail medical Denied me and I was taken to outside Hospital North Bay medical Black cushion Fairfield. Treated and Back to Jail. Placed in Cell half naked 4 hours on window

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
"Ear Busted Bleeding Arm forced out of Socket left Arm" "Dizzyness" "Pain-suffering mentally" They Joked at me mentally pain suffering" "Scar inside my Ear"

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III?    ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim III to the highest level?    ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Because they were Giving me a hard Time on Denying my Request. Say I was Wrong in actions. Plus They were Giving me a hard Time, Because I was filing a lawsuit aginst Them.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
5 million Dollars Pain and Suffering Because of their performance. Excessive force causeing Insurce. Violated my civil rights. Plus they Joked at me. Put me a cell Half Naked in a cold cell for hours with Black Curton up so I wont see out. They Joked at that. Counsling I will get and medical Expence. Treatment at North Bay hospital Fairfield. Subpoena check Body Camra Discoulry pls view. Jail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/28/2019
         DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

5 million Dollars- Busted Ear Injury #1 Pain-Suffering By Jokeing at me #2 They forced my left arm out of socket. 3) They put me inside cell half naked for 4 hours Boxers on only in cold cell as they joked. With Black Curton Covering Cell window so I can't look out as they joked 5. Violated my civil Rights. Jail Rejected my medical - outside Hospital I went. Please Subpoena - Discovery Body Camra, First names of COs from Solano county Jail, plus the Report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/28/2019
            DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

# SOLANO COUNTY SHERIFF-CORONER'S OFFICE
## Custody Division

### LEGAL SUPPLY/PHOTOCOPYING/LEGAL ASSISTANCE REQUEST

**INMATE COPY** (stamp)

Facility (Circle one):   (Claybank)     Fairfield     Stanton

Printed name of inmate: __Jason Rivera__     Case No. __189847__

Court: _____ Attorney's name/telephone: (    ) _____

I declare under penalty of perjury that the above information is correct to the best of my knowledge:

Signature: _[signed]_     Date: __3/28/2019__     Cell Location: __A-#4 Osl__

**By signing and submitting this form, I acknowledge that the costs of any supplies, copies and/or postage requested will be immediately debited from my account upon receipt of this form by the LEGAL OFFICER.**

____ Request for photocopies of legal materials.

____ Request for legal assistance _____ (from Solano County Public Defender, other inmates, or private attorney).

__X__ Other: __Mail out please__

Use this space to explain your request. Five (5) requests per day maximum. Twenty (20) requests per week maximum. Research of Federal cases, State cases, criminal, civil and statutes are available through LRA (Legal Research Associates) using the appropriate form. Ask for the "Legal Information Request" form.

> PLEASE MAIL TO: Eastern District of California
> 501 I street, Room 4-200
> Sacramento, California
> 95814
>
> ask Floor officer to give you a legal envelope
> Thank you. attach this approval & submit to legal officer

**(DO NOT WRITE BELOW THIS LINE)**

Date request received: _____     **APPROVED**  (supply approval to Floor officer to get envelope)

Comments/action taken: _____

Date action taken: __APR 0 1 2019__     By: __SHC301__

03/21/2018 SDD 048

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JASON RIVERA
2500 Clay Bank Rd
Fairfield, CA 94533

**(b)** County of Residence of First Listed Plaintiff: Solano County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
N/A

## DEFENDANTS
Solano County Sheriff's Dpt

County of Residence of First Listed Defendant: Solano County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: Excessive Force Federal - Pain - Suffering - injury.

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 5 million NO→
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____