UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON RIVERA,<br><br>    Plaintiff,<br><br>v.<br><br>WALBURN, et al.,<br><br>    Defendants. | No. 2:19-cv-0622 WBS CKD<br><br><br>ORDER |

On December 10, 2019, defendants filed a motion to dismiss. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this matter be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 21, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

rtive0622.46osc